UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.     Case No. 11-cr-114-01-SM

Gregory Auer

O R D E R

Defendant Auer's motion to continue the final pretrial conference and trial is granted (document 13). Trial has been rescheduled for the May 2012 trial period. Defendant Auer shall file a waiver of speedy trial rights not later than February 13, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 4, 2012 at 1:30 p.m.

Jury selection will take place on May 15, 2012 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 1, 2012

cc: Charles Keefe, Esq.
     Timothy Bush, Esq.
     Debra Walsh, AUSA
     US Probation
     US Marshal